■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE PYATT, Appellant. [851 NYS2d 55]—Judgment of resentence, Supreme Court, New York (Gregory Carro, J.), rendered on or about November 1, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Williams, McGuire and Acosta, JJ.